No. 844. COMMONWEALTH OF MASSACHUSETTS *v.* LIQUID CARBONIC COMPANY. March 10, 1919. Petition for a writ of certiorari to the Supreme Judicial Court of the State of Massachusetts denied. *Mr. William Harold Hitchcock* and *Mr. Henry C. Attwill* for petitioner. *Mr. Charles A. Snow* and *Mr. William P. Everts* for respondent.

No. 858. CITY OF NEW YORK *v.* ARTHUR CARTER HUME, AS RECEIVER, ETC. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William P. Burr* for petitioner. *Mr. Joseph A. Kellogg* for respondent.

No. 859. L. P. LARSON, JR., COMPANY *v.* MINT PRODUCTS COMPANY. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George I. Haight, Mr. Charles H. Aldrich* and *Mr. Frank F. Reed* for petitioner. *Mr. James R. Offield* for respondent.

No. 861. CHARLES K. DUNCAN, AS TRUSTEE, ETC., *v.* AMERICAN TRUST & SAVINGS BANK. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Claude D. Ritter* for petitioner. *Mr. Forney Johnston* for respondent.

No. 882. DAVID J. KREUZER *v.* UNITED STATES. March 10, 1919. Petition for a writ of certiorari to the